# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ogletree, Abbott, Clay & Reed Law Firm, L.L.P., <br><br> Plaintiff, <br> vs. <br><br> Findlaw, an assumed name, West Publishing Corporation, a Minnesota corporation, and Thomson Reuters Holdings Inc., a Delaware Corporation, <br><br> Defendants <br> AND <br><br> West Publishing Corporation, d/b/a FindLaw, <br><br> Counterclaimant, <br> vs. <br><br> Ogletree, Abbott, Clay & Reed Law Firm, L.L.P., <br><br> Counterclaim Defendant. | Civil No.: 0:14-CV-0340-RHK-TNL <br><br> **<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by Plaintiff/Counter-Defendant Ogletree, Abbott, Clay & Reed Law Firm, LLP ("OGLETREE FIRM") and Defendants/Counter-Plaintiffs FindLaw, West Publishing Corporation, and Thomson Reuters Holdings, Inc. ("FINDLAW") (collectively, "Defendants"), that the above-captioned action, and all claims and counterclaims asserted therein, is hereby dismissed with prejudice, and on the

merits, without additional costs or attorney's fees to any of the parties, and that a judgment of dismissal with prejudice shall be immediately entered without further notice.

It is further stipulated and agreed that OGLETREE FIRM has not yet answered FINDLAW'S Counterclaim. Nevertheless, FINDLAW stipulates and agrees that all claims against OGLETREE FIRM shall be dismissed with prejudice.


Date: July 22, 2014                                WINTHROP & WEINSTINE, P.A.


/s/Tiffany A. Blofield
Craig Krummen (#0259081)
ckrummen@winthrop.com
Tiffany A. Blofield (#0237279)
tblofield@winthrop.com
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel 612.604.6400 | Fax 612.604.6684

*Attorneys for Defendants/Counter-Plaintiffs FindLaw, West Publishing, and Thomson Reuters Holdings, Inc.*

Date: July 22, 2014                                HANDORFF LAW OFFICES, P.C.

/s/Thomas F. Handorff
Thomas F. Handorff (#285882)
Tom.handorfflaw@gmail.com
Parkdale Plaza, Suite 500
St. Louis Park, Minnesota 55416
Tel 952..697.3656

*Attorneys for Plaintiff*

9276076v1